IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE SCHOBY,

     Plaintiff,                    No. 2:10-cv-0582 JFM (PC)

    vs.

P. PICKERTON,

     Defendant.               ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. On June 16, 2010, plaintiff filed a request for entry of default pursuant to Fed. R. Civ. P. 55(a). Plaintiff's request is styled as a motion for default judgment. By order filed April 23, 2010, the United States Marshal was directed to notify defendant Pickerton of the commencement of this action and to request a waiver of service of summons in accordance with the provisions of Fed. R. Civ. P. 4(d) and 28 U.S.C. § 566(c), and was directed to file a returned waiver as soon as received or to personally serve defendant Pickerton if no waiver was received within sixty days from the date the request for waiver was mailed. That sixty day period has not yet expired, and the United States Marshal has not yet filed a waiver of service by, or evidence of personal service on, defendant Pickerton. For that reason, plaintiff's request is premature and will be denied.

1  In accordance with the above, IT IS HEREBY ORDERED that plaintiff's June 16,
2  2010 motion is denied.
3  DATED: June 28, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

12
scho0582.o