IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE SCHOBY,

    Plaintiff,                      No. 2:10-cv-0582 JFM (PC)

    vs.

P. PINKERTON,

    Defendant.                  <u>ORDER</u>

_____/

        Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action. On December 19, 2011, plaintiff filed his third request for the appointment of counsel.[1] Plaintiff's previous requests were filed on March 29, 2010 and August 24, 2011. All requests were denied. In light of those orders, IT IS HEREBY ORDERED that plaintiff's December 19, 2011 request is denied.

DATED: January 10, 2012.

                                                           */s/ John F. Moulds*
                                                       UNITED STATES MAGISTRATE JUDGE

12/md;scho0582.31.thr

---

[1] On January 9, 2012, defendants filed an opposition to plaintiff's motion. Pursuant to this court's April 23, 2010 and October 18, 2010 orders, opposition to this type of motion should only be filed in this action if directed by the court. <u>See</u> Orders filed April 23, 2010 and October 18, 2010, at ¶ 7. The court did not order defendants to respond to plaintiff's motion and has not considered defendants' opposition in making the instant order.