IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE SCHOBY,

    Plaintiff,       No. 2:10-cv-0582 JFM (PC)

    vs.

P. PINKERTON,

    Defendant.       <u>ORDER</u>

_____/

    Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action. On May 24, 2012, plaintiff filed a document styled as a motion to amend the complaint. By the motion, plaintiff seeks to number each page of the original complaint, from page 1 through page 17. This action is proceeding on plaintiff's original complaint. Pages 1 through 6 of the original complaint are numbered as plaintiff describes in the motion at bar. The remaining eleven pages of the complaint are identified as Exhibit # 5 but have no pagination. Exhibit # 5 consists of copies of an inmate appeal form filed by plaintiff, responses to that appeal, a page from plaintiff's medical records, a memo from defendant Pinkerton, and an envelope addressed to the California Prison Health Care Office of Third Level Appeals. Each page of the exhibit can be identified without regard to specific pagination. Plaintiff's motion is unnecessary and will therefore be denied.

/////

/////

1

1  In accordance with the above, IT IS HEREBY ORDERED that plaintiff's May 24,
2  2012 motion is denied.
3  DATED: June 18, 2012.

UNITED STATES MAGISTRATE JUDGE

12
scho0582.o