IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE SCHOBY,

        Plaintiff,                    No. 2:10-cv-0582 JFM (PC)

    vs.

P. PINKERTON,

        Defendants.             ORDER

_____/

        Plaintiff has filed his third motion for appointment of counsel. Plaintiff's prior motions were denied by orders filed April 6, 2010, and September 10, 2012. As the court noted in its prior orders, district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. See Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's third motion for the appointment of counsel will therefore be denied.

/////

/////

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's December 3, 2012
2  motion for the appointment of counsel (Docket No. 53) is denied.
3  DATED: December 10, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

12/md
scho0582.31(2)

2